IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF OREGON

DEAN FRANKLIN FORD,                                CV. 07-113-ST

            Plaintiff,                    ORDER TO DISMISS

      v.

OSP SUPERINTENDENT, et al.,

            Defendants.

HAGGERTY, District Judge.

    On February 22, 2007, this court issued an Order requiring plaintiff to either pay the filing fee for this case, or move to proceed *in forma pauperis*. On March 1, the court's Order was returned for lack of a current address.

    Pursuant to Local Rule 83.10(a) and (b), every unrepresented party has a continuing responsibility to notify the clerk's office and all parties whenever they change their mailing address. When mail from the court to a party cannot be delivered due to the lack

1 - ORDER TO DISMISS

of a current address, and the failure continues for sixty (60) days, the court may dismiss the action. Local Rule 83.12. Because plaintiff has been without a current address for more than 60 days, this action is dismissed for lack of prosecution.

    IT IS SO ORDERED.

    DATED this __3rd__ day of May, 2007.

                               /s/ Ancer L. Haggerty
                                Ancer L. Haggerty
                                United States District Judge

2 - ORDER TO DISMISS